# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIRARD FLYNN,<br><br>       Plaintiff,<br><br>  v.<br><br>DISTRICT ATTORNEY OF COMPTON COURTHOUSE, et al.,<br><br>       Defendants. | No. 2:21-CV-0532-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for leave to proceed in forma pauperis. ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis is, therefore, granted.

IT IS SO ORDERED.

Dated:  April 8, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1